FILED

2007 AUG -7 PM 2:13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3  SHIRLEY V. REMMERT, PRO SE
4  BK. # 111255 2
5  WOMEN'S CORRECTIONAL CENTER
6  1590 MAPLE STREET / DORM C
7  REDWOOD CITY, CA 94063
8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 PEOPLE OF THE STATE OF | DEFENDANT'S NOTICE OF MOTION |
| 11 CALIFORNIA, | AND EX PARTE MOTION FOR |
| 12    PLAINTIFF, | LEAVE TO FILE (LTF) AN |
| 13    V. | EX PARTE MOTION FOR |
| 14 SHIRLEY V. REMMERT, | SUPERVISED RELEASE FROM |
| 15    DEFENDANT | CUSTODY, MEMO. OF POINTS & |
| 16 | AUTHORITIES, PROPOSED ORDER |
| 17 | [PROPOSED MOTION FOR RELEASE] |
| 18 | CASE NO. C-07-80155 VRW (CW) / |
| 19 | SAN MATEO COUNTY CASES: |
| 20 | SM 340531A; SM 351187 |
| 21 | HON CLAUDIA WILKENS |

(continued)

1 OF 8

[DEFENDANT'S NOTICED MOTION / 7-30-07 / C-07-80155 CW (VRW)]

## IN GENERAL

1) I, Defendant Shirley V. Remmert, request relief in the ex parte Court and for decisions under submission. My release date is August 29, 2007, but I need early, conditional release, because I have no family or friends to help me re-build my life as soon as possible, or I will face irreparable injury. My house has been unoccupied and unlocked since my jail stay beginning May 3, 2007. My car keys, + house purse, and court evidence were left inside, at the insistence of the arresting officer. My car has been left idle all this time with weeds and junk mail in full view. My sentence is harsh for a contempt-of-court and probation order violation. (one TOTAL OF-count misdemeanor) Also, I believe the conviction will be overturned in this Court.

## NOTICE OF MOTION

2) I, hereby give notice of my motion for leave to file (LTF) an ex parte motion for supervised release from custody determined under submission by the Court, because communication or service from jail is difficult. (See my Civil Rights complaint mailed to this court in San Francisco on June 19, 2007.

3) The ex parte motion for LV-T-F the ex parte motion for supervised release from custody is as follows:

<u>MOTION FOR LV-T-F an ex parte</u>
<u>MOTION FOR SUPERVISED RELEASE</u>

4) I, Defendant Shirley V. Remmert, hereby move for LV-T-F an ex parte motion for supervised release from custody under 18 U.S.C. §3583 and any other law inadvertently omitted due to limited access to the use of law books in jail.

The motion is based on the following:
 a. the above cited law(s);
 b. Memorandum of Points and Authorities;
 c. My Declaration of Constitutional Violations including <u>Inadequate Counsel</u> under MARSDEN / JUDGES' abuse of discretion.  d) the proposed pleading
 e. The following pleadings incorporated by reference:

(1) My first NOTICE OF REMOVAL, CASE NO. C-06-6709 CW, Superior Court Case No. CIV438208, San Mateo County);

(2) My second NOTICE OF REMOVAL, Case No. C-07-80117-M-CW and federal NOTICE OF APPEAL against REMAND;

3 of 8

[DEFENDANT'S NOTICED MOTION / 7-30-07 / C-07-80155 VRW (CW)]

(3) PETITION FOR WRIT OF HABEAS CORPUS (FILE NO. ?) (Superior Court Cases: No SM340531A; SM351187, hereinafter referred to as "my criminal cases" and all related pleadings);

(4) NOTICE OF REMOVAL of my criminal cases (FILE NO. ?) and notice of APPEAL in federal court;

(5) CIVIL RIGHTS complaint re my criminal cases (File No. ?);

(6) MOTION FOR RELEASE FROM CUSTODY ON OWN RECOGNIZANCE (re NOTICE OF REMOVAL OF my criminal cases (see (4) above); MOTION mailed May 20, 2007

7) It is likely that I will prevail in the overturning of my sentence and conviction in any retrial, appeal, or similar hearing. Meanwhile irreparable injury will occur to my family, my business, and to my pleadings for justice, unless this Court provides any relief.

CONCLUSION

8) For the foregoing reasons, the Court should grant LvT-F a motion for any form of supervised release from custody, such as weekend jail, the SHERIFF's work program, or house arrest with electronic monitoring. A proposed order follows.

9) DECLARATION

STATE OF CALIFORNIA
SAN MATEO COUNTY

I declare that the above statements are true and correct under the penalties for perjury of the federal laws.

DATE: JULY 30, 2007

Shirley V. Remmert
DEFENDANT

4 of 8

[DEFENDANT'S NOTICED MOTION FOR RELEASE/7-30-07/C-07-80155 VRW (CW)]

1
2
3           UNITED STATES DISTRICT COURT
4           NORTHERN DISTRICT OF CALIFORNIA
5  PEOPLE OF THE STATE OF          [PROPOSED] ORDER
6  CALIFORNIA, PLAINTIFF,
7           v.                     CASE NO. C-07-80155 VRW/CW
8  SHIRLEY V. REMMERT,
           DEFENDANT
9
10         HAVING CONSIDERED DEFENDANT SHIRLEY V.
11 REMMERT'S PLEADING UNDER SUBMISSION AND ANY ARGUMENTS
12 BY THE OPPOSITION, THE COURT GRANTS THE DEFENDANT'S
13 EX PARTE MOTION FOR LEAVE TO FILE A NOTICED MOTION
14 FOR SUPERVISED RELEASE WITHOUT NOTICE TO THE
15 DISTRICT ATTORNEY'S OFFICE OR WITHOUT ITS RESPONSE
16 FOR GOOD CAUSE.
17
18 DATE ENTERED:
19           BY: _____
20                U.S. DISTRICT COURT JUDGE

1
2
3  SHIRLEY V. REMMERT, PRO SE
4  BK. # 1112552
5  WOMEN'S CORRECTIONAL CENTER
6  1590 MAPLE STREET/ DORM C
7  REDWOOD CITY, CA 94063

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, PLAINTIFF, | [PROPOSED] PLEADING |
| V. | DEFENDANT'S NOTICE OF MOTION |
| SHIRLEY V. REMMERT, DEFENDANT | AND MOTION FOR SUPERVISED RELEASE FROM CUSTODY, MEMO. OF POINTS AND AUTHORITY, PROPOSED ORDER |
| | CASE NO. C-07-80155 VRW (CW) |
| | EX PARTE COURT |
| | HON. CLAUDIA WILKENS |

1) I, Defendant Shirley V. Remmert, hereby give notice of motion and motion in ex parte court for supervised release from custody to be determined under submission by the court under 18 U.S.C. §3583.

2) Sections 1 through 9 of my noticed motion for Leave to File (above) is incorporated.

6 OF 8

[DEFENDANT'S PROPOSED PLEADING/7-30-07/C-07-80155 VRW (CW)]

MEMORANDUM OF POINTS AND AUTHORITIES

3) The Memorandum of the above LTF pleading is incorporated.

DECLARATION

STATE OF CALIFORNIA
SAN MATEO COUNTY

4) I declare that the above statements are true and correct under the penalties for perjury of the federal laws.

RESPECTFULLY SUBMITTED

DATE: JULY 30, 2007     BY: Shirley V. Remmert
                            DEFENDANT

7 OF 8

[ DEFENDANT'S PROPOSED PLEADING / 7-30-07 / C-07-80155 VRW (CW) ]

1

2

3

4  SHIRLEY V. REMMERT, PRO SE
5  BK. # 1112552
6  WOMEN'S CORRECTIONAL CENTER
   1590 MAPLE STREET/ DORM C
7  REDWOOD CITY, CA 94063

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9  PEOPLE OF THE STATE OF CALIFORNIA,
10            PLAINTIFF.                    PROOF OF SERVICE
                                            CASE NO. C-07-80155 VRW (CW)
11       V.
   SHIRLEY V. REMMERT,
12            DEFENDANT

13 _____

14       I, Defendant Shirley V. Remmert, hereby file PROOF OF
   SERVICE of the following document:
15    1) "Defendant's NOTICE OF MOTION AND EX-PARTE MOTION
16 FOR 'LEAVE TO FILE' (LTF) AN EX PARTE MOTION FOR SUPERVISED RELEASE
17 FROM CUSTODY, MEMORANDUM OF POINTS AND AUTHORITIES, PROPOSED ORDER, EXHIBIT A
   [PROPOSED MOTION FOR RELEASE AND RELATED PROPOSED PLEADINGS]"  2)
18 Declaration of Constitutional Violations, etc.
         in the above case. The document was mailed to
19 Deputy District Attorney Gina Sciaballa at 400 County Center, Redwood
20 City, CA 94063 on July 30, 2007. % this jail.
21       I declare that the above statements are true and
22 correct under the penalties for perjury of the federal laws.
23 Date: July 31, 2007
                                       Shirley V. Remmert
24                                     DEFENDANT
25
26
27
28                                            1 of 1

29 [DEFENDANT'S PROOF OF SERVICE/ 7-30-07/ C-07-80155 VRW(CW)]
30