From:
SHIRLEY V. ROYMERS
BK # 11/2552
WOMEN'S CORRECTIONAL CENTER
1590 MAPLE STREET / DORM E34
REDWOOD CITY, CA 94063

Postage: $00.75, Mailed From 94063, 08/06/2007, US POSTAGE, INMATE WELFARE, 049J82039052

Stamp: PEC...TAL CENTER, Sheriff's Office, 1590 Maple Street, Redwood City, California 94063

Stamp: INSPECTED BY U.S. MARSHALS SERVICE, AUG - 2007

To:
CLERK
U.S. DISTRICT COURT
1301 CLAY STREET - STE 400S
OAKLAND, CA 94612-5212